UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

FRANK MEEHAN, BRUCE BOTH, LEONARD
SALVO, RHONDA NELSON, ANTHONY
SPEELAMN, THOMAS NAGLE, JULES
LEVINE, RICHARD MCGINLEY, and
HOWARD GLICKBERG and their successors
as Trustees of the U.F.C.W. LOCAL 1500
WELFARE FUND; and BRUCE BOTH,
ANTHONY SPEELMAN, THOMAS NAGLE
and HOWARD GLICKBERG and their
successors as Trustees of the U.F.C.W. LOCAL
1500 LEGAL SERVICES,

**ORDER**

Plaintiffs,

**04 CV 4890 (NG)(JMA)**

- against -

CAG HOLDINGS, INC. d/b/a FOODTOWN

Defendant.

--------------------------------------------------------------x

GERSHON, United States District Judge:

The unopposed Report and Recommendation of Magistrate Judge Joan M. Azrack, dated

April 6, 2005, is hereby adopted in its entirety. The Clerk of Court is directed to enter a default

judgment against defendant CAG Holdings, Inc., d/b/a Foodtown in the amount of $38,475.65,

representing (1) $28,285.01 for delinquent contributions; (2) $2,421.57 in prejudgment interest on

those delinquent contributions; (3) $2,421.57 in liquidated damages; (4) $5,157.50 in attorney's fees;

and (5) $190.00 in costs.

**SO ORDERED.**

/s/

_____
**NINA GERSHON**
**United States District Judge**

Dated:    Brooklyn, New York
          May   2   , 2005